William M. DAVIS

v.

W. Edward WOOD et al.

No. 80–272–M.P.

Supreme Court of Rhode Island.

Oct. 2, 1980.

Leonard A. Kiernan, Jr., Providence, for plaintiff-respondent.

Sean O. Coffey, Counsel, Dept. of Environmental Management, Providence, for defendants-petitioners.

ORDER

The petitioner's motion for expedited hearing is granted. This case is assigned to the December, 1980 calendar for oral argument.

DORIS and MURRAY, JJ., did not participate.

■

Binyamin EFREOM

v.

RHODE ISLAND STATE BOARD
OF ELECTIONS.

No. 80–368–M.P.

Supreme Court of Rhode Island.

Oct. 2, 1980.

Eugene J. McCaffrey, Jr., James P. Quirk, Warwick, for petitioner.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of certiorari is denied.

DORIS and MURRAY, JJ., did not participate.

■

STATE

v.

William ANTHONY.

No. 78–360–C.A.

Supreme Court of Rhode Island.

Oct. 2, 1980.

Dennis J. Roberts II, Atty. Gen., Joel D. Landry, Spec. Asst. Atty. Gen., for plaintiff.

Janice M. Weisfeld, Asst. Public Defender, for defendant.

ORDER

The defendant's motion to dismiss his indictment on the basis of this court's ruling in *State v. O'Coin*, R.I., 417 A.2d 310 (1980) is assigned to the calendar for October 6, 1980 for argument with the merits of defendant's appeal.

DORIS and MURRAY, JJ., did not participate.